# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODOLFO DAVID CAPIRO-COHEN (2),<br><br>　　　　Defendant. | Case No.: 20-CR-1999-JLS<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

For good cause appearing, the Court GRANTS the Government's Motion to Dismiss the Information as to Rodolfo David Capiro-Cohen Without Prejudice.

IT IS SO ORDERED.

Dated:  December 1, 2020

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge